UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JOSEPH BENTON,

    Plaintiff,

vs.

RUSSELL BUNTING,

    Defendant.

No. C 11-1247 PJH (PR)

**ORDER FOR PLAINTIFF TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF JURISDICTION**

    This is a civil rights case filed pro se by a state prisoner. Plaintiff alleges in the complaint that he loaned his Yamaha motorcycle to defendant Bunting, his roommate, and that Bunting was stopped by police and the motorcycle towed. This resulted in substantial storage charges. The bank that had financed the motorcycle seized it. Plaintiff asks that he be awarded damages from Bunting, the only defendant, for the bank charges – the difference between the auction value of the motorcycle and the amount plaintiff owes, including storage charges – and for damage caused to his reputation from having a repossession on his record.

**DISCUSSION**

    The complaint is on a form for section 1983 claims. The elements of a section 1983 claim are: (1) that a right secured by the Constitution or laws of the United States was violated, and (2) that the alleged deprivation was committed by a person acting under the color of state law. *West v. Atkins*, 487 U.S. 42, 48 (1988). Nothing in the facts pleaded even hints that Bunting, evidently a private individual, was acting under color of state law when he caused the motorcycle to be seized, nor that plaintiff's claim, whether arising in contract or tort, implicates federal law. The complaint thus fails to state a section 1983

claim. And plaintiff has not pleaded that Bunting is a resident of another state, so has not shown diversity jurisdiction, *see* 28 U.S.C. § 1332, and no other basis for federal jurisdiction appears on the face of the complaint.

## CONCLUSION

For the foregoing reasons, plaintiff is **ORDERED** to show cause within fifteen days of the date this order is entered why the case should not be dismissed for lack of jurisdiction. If he does not respond, or if he is unable to show that the court has jurisdiction, this case will be dismissed.

**IT IS SO ORDERED.**

Dated: June 30, 2011.

PHYLLIS J. HAMILTON
United States District Judge

P:\PRO-SE\PJH\CR.11\BENTON1247.OSC-P.wpd