UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JOSEPH BENTON,

        Plaintiff,                               No. C 11-1247 PJH (PR)

  vs.                                         **ORDER OF DISMISSAL**

RUSSELL BUNTING,

        Defendant.

                                  /

This is a civil rights case filed pro se by a state prisoner. Plaintiff alleged in the complaint that he loaned his Yamaha motorcycle to defendant Bunting, his roommate, and that Bunting was stopped by police and the motorcycle towed, resulting in financial and reputational injury to plaintiff.

In its initial review order, the court noted that the facts alleged in the compliant did not even suggest federal question or diversity jurisdiction, and ordered plaintiff to show cause why the case should not be dismissed. The time for a response has passed and plaintiff has not responded. This case therefore is **DISMISSED** for lack of jurisdiction. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 28, 2011.

                                                 PHYLLIS J. HAMILTON
                                                 United States District Judge

P:\PRO-SE\PJH\CR.11\BENTON1247.DSM-JUR.wpd